CAPITOL FOOD COMPANY, Respondent, v. RUSSELL KILBOURN, Appellant.—

Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.